UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLANAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH HAYES & SON INC.,<br><br>    Defendant. | Case No. 18-cv-02934-JCS<br><br>**ORDER REMANDING TO STATE COURT** |

As stated at the case management conference on September 20, 2018, the sole federal claim has been dismissed by stipulation and only state-law claims remain. Pursuant to 28 U.S.C. § 1367(c)(3), this Court declines to exercise supplemental jurisdiction over the remaining claims, and hereby REMANDS the case to the California Superior Court for Contra Costa County, where it was assigned case number C 18-00679.[1]

**IT IS SO ORDERED.**

Dated: September 25, 2018

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).